Willis W. Reigle, an Infant, by Foster L. Reigle, His Guardian ad Litem, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles W. Calkins, as Administrator, etc., of Agnes J. Calkins, Deceased, Respondent, v. The Town of Camden, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the evidence fails to establish actionable negligence on the part of the defendant.

Isabella Cohen, Individually and as Administratrix, etc., of Bernard L. Cohen, Deceased, Respondent, v. Lazier Gas Engine Company, Appellant. — Judgment affirmed, with costs. All concurred.

Carl E. Lundberg, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lena M. Haberer, Appellant, v. International Railway Company, Respondent, Impleaded with Otto Reuter.— Order affirmed, with costs. All concurred.

Jeremiah Sheehan, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred. Spring, J., not sitting.

Boleslaw M. Szymanski, Appellant, v. Helena Szymanski, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that it was a question of fact whether the title was taken in the name of the wife because of fraud practiced upon the husband. Spring, J., not sitting.

Caroline J. Simons, as Administratrix, etc., of William Simons, Deceased, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented; Spring, J., not sitting.

In the Matter of the Application of Charles N. Bulger, Appellant, to Review Certain Primary Election Proceedings.— Order affirmed, with ten dollars costs and disbursements. All concurred; Spring, J., not sitting.

James Henderson, Appellant, v. The Syracuse, Lake Shore and Northern Railroad Company, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that upon all the evidence the question of defendant's negligence, as well as that of plaintiff's contributory negligence, should have been submitted to the jury. All concurred; Spring, J., not sitting.

John F. Carney, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

Catherine Gibbons, Appellant, v. New York Telephone Company, Respondent.— Judgment affirmed, with costs. New trial to be had in the Municipal Court of Syracuse on the 30th day of October, 1912, at ten o'clock in the forenoon. All concurred; Spring, J., not sitting.

Ida M. Overpeck, Respondent, v. Harry Harrison, Appellant.— Order affirmed, with costs. All concurred; Spring, J., not sitting.